1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California 95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   SUSAN RAE OWENS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUSAN RAE OWENS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, A PROFESSIONAL CORPORATION, a California corporation, and DONALD ROGERS STEBBINS, individually and in his official capacity,<br><br>　　　　　Defendants. | Case No. C06-07170-MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, SUSAN RAE OWENS, and Defendants, ESKANOS & ADLER, A PROFESSIONAL CORPORATION, and DONALD ROGERS STEBBINS, stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, SUSAN RAE OWENS, against Defendants, ESKANOS & ADLER, A PROFESSIONAL CORPORATION, and DONALD ROGERS STEBBINS, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

1 | Dated: January 5, 2007                     /s/ Fred W. Schwinn
2 |                                             Fred W. Schwinn, Esq.
                                                Attorney for Plaintiff
                                                SUSAN RAE OWENS

4 | Dated: January 5, 2007                     /s/ Andrew M. Steinheimer
                                                Andrew M. Steinheimer
5 |                                             Attorney for Defendants
                                                ESKANOS & ADLER, A
6 |                                             PROFESSIONAL CORPORATION,
                                                and DONALD ROGERS
7 |                                             STEBBINS

8 | THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.

10 | Dated: 2/22/2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE                         Case No. C06-07170-MEJ